AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| BRANDON MITCHELL HALL | |

Case No.  1:11cr16-SRW-01

USM No. 14085-002

Stephen Ganter
_____
Defendant's Attorney

## THE DEFENDANT:

☑  admitted guilt to violation of condition(s)    1 and 2 _____ of the term of supervision.

☐  was found in violation of condition(s)    _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to cooperate with substance abuse treatment | 03/24/2015 |
| 2 | Unlawful use of a controlled substance | 03/23/2015 |

        The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3504

Defendant's Year of Birth:    1981

City and State of Defendant's Residence:
Dothan, AL

04/27/2015
_____
Date of Imposition of Judgment

_____
Signature of Judge

Susan Russ Walker,   Chief U. S.      Magistrate Judge
_____
Name and Title of Judge

4/28/15
_____
Date

AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: BRANDON MITCHELL HALL
CASE NUMBER: 1:11cr16-SRW-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

67 days with time served on 37 days.   It is ORDERED that the term of supervised release imposed on May 8, 2014, is REVOKED.

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.   ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL